UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MARTIA MOFFETT                                                                                   PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:07cv517 DPJ-JCS

MISSISSIPPI DEPARTMENT OF
MENTAL HEALTH                                                                                 DEFENDANT

JUDGMENT

For the reasons given in the order entered in this cause on this date, granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed with prejudice.

**SO ORDERED** this the 23th day of June, 2009.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE